**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------X

ILMIRA IGAMBERDIEVA,                                    Case No, 1:19-cv-00595

                           Plaintiff,

  vs.

NORDSTROM, INC. and NORDSTROM RACK,

                           Defendant.

-------------------------------------------------------------------------X

## STIPULATION DISCONTINUING ACTION WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff ILMIRA IGAMBERDIEVA and defendant NORDSTROM, INC., doing business as NORDSTROM RACK in the above-entitled action, that the above-entitled action be, and the same hereby is discontinued with prejudice and without costs to any party hereto as against the other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
         November __, 2019

_____      _____
Matthew J. Salimbene, Esq.      Michael H. Bai, Esq. (MB 2074)
MATTHEW J. SALIMBENE, P.C.      LITTLETON PARK JOYCE UGHETTA & KELLY LLP
Attorney for Plaintiff      *Attorney for Defendant Nordstrom, Inc.*
900 Third Avenue, Suite 502      39 Broadway, 29th Floor
New York, NY 10022      New York, New York 10006
    michael.bai@littletonpark.com